IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 AUG -8 P 4: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR186-DRB |
| | ) | |
| v. | ) | |
| | ) | |
| DOMENTRES SHIPP | ) | INFORMATION |

The United States Attorney charges that:

On or about the 20th of February, 2006, at Fort Rucker, Alabama, in the Middle

District of Alabama, DOMENTRES SHIPP, did knowingly steal, purloin, conceal and

retain, with intent to convert to his use or use of another, a thing of value of the United

States Government, valued at $1,000.00 or less, to wit: a Nintendo Game Boy, in

violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_Kent Brunson_
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

STATE OF ALABAMA )    AFFIDAVIT
 )
DALE COUNTY )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama.  Investigation revealed that at approximately 7:15 P.M., January20[th], 2006, Jason Smith, a PX employee, observed a man concealing a Nintendo Game Boy in his pocket.  The man then exited the PX without paying for the items.  Upon contact, the man, identified as DOMENTRES SHIPP, was transported to the military police station for further processing.  There he waived his rights and made an oral statement admitting to taking the item without purchasing it.  The item was later returned to the PX.

_____
ROY LAVERNE COTTON, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this _27___ day of _July_ 2006.

_____
NOTARY PUBLIC

My commission expires:  23 DEC 06